Decided March 15, 2001

VICTOR CIVIE ET AL. *v.* OAK LANE COUNTRY CLUB, INC.

The plaintiffs' petition for certification for appeal from the Appellate Court, 61 Conn. App. 906 (AC 20094), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Victor Civie*, pro se, and *Richard Civie*, pro se, in support of the petition.

Decided March 15, 2001